■ In the Matter of JEREMY D. WHITE, SR., Appellant, v AMANDA LANDO, Respondent. [998 NYS2d 129]—Appeal from an order of the Family Court, Oswego County (Donald E. Todd, A.J.), entered April 18, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, denied the enforcement petition filed by Jeremy D. White, Sr.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.